

22 CV 0321

Revised 03/06 WDNY

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF NEW YORK

## FORM TO BE USED IN FILING A CIVIL COMPLAINT IN FEDERAL COURT
### (Non-Prisoner Context)

All material filed in this Court is now available via the **INTERNET**. See **Pro Se Privacy Notice** for further information.

## 1. CAPTION OF ACTION

**A.     Full Name of Plaintiff: NOTE**: *If more than one plaintiff files this action and seeks in forma pauperis status, **each** plaintiff must submit an in forma pauperis application or the only plaintiff to be considered will be the plaintiff who filed an application.*

Brant Harry

-vs-

**B.     Full Name(s) of Defendant(s) NOTE:** *Pursuant to Fed.R.Civ.P. 10(a), the names of all parties must appear in the caption. The court may not consider a claim against anyone not identified in this section as a defendant.* Add a separate sheet, if necessary.

1. Erie County Medical Center
2. New York State Office of Mental Health
3. Endeavor Health Services

4. Gokhale Vinayak
5. Zim Harry
6. Noah Dorson

**John and Jane Doe 1-12 whos true names are unknown**

## 2. STATEMENT OF JURISDICTION, VENUE and NATURE OF SUIT
### *All of these sections **MUST** be answered*

*Identify the basis for federal Court jurisdiction over your claim, such as that the United States government is a party to the action, all the parties reside in different states and therefore you claim diversity jurisdiction, or the claim presents a federal question or arises under federal law.*

A. Basis of Jurisdiction in Federal Court: Claim

*State why the Western District of New York is the proper venue for this action, such as that your claim arises in or the defendant resides in the 17 westernmost counties of New York State.*

Pursuant  28 U.S.C. § 133118 - Diversity, U.S. Code § 2255,31 U.S. Code § 3729 - False claims.

B. Reason for Venue in the Western District:
18 US Code § 1621 - Perjury generally and 18 U.S. Code § 1622 - Subornation of perjury the court has subject matter jurisdiction over this case.

*Identify the nature of this action, such as that it is a civil rights claim, a personal injury or personal property (tort) claim, a property rights claim, or whatever it is.*

Injunctive relief for Medical Malpractice, Personal Injury, False Claims, Perjury and Subornation of Perjury

C. Nature of Suit:

## 3.  PARTIES TO THIS ACTION

**PLAINTIFF'S INFORMATION  NOTE:** *To list additional plaintiffs, use this format on another sheet of paper.*

Name of First Plaintiff: Brant Harry

Present Address: 171 Tacoma Ave Buffalo NY 14216

Name of Second Plaintiff: United Health Care Services Inc.

Present Address: 9900 Bren Road East Minnetonka, MN 55343

**DEFENDANT'S INFORMATION  NOTE:** *To list additional defendants, use this format on another sheet of paper.*

Name of First Defendant: Erie County Medical Center Corp

Official Position of Defendant (if relevant): 

Address of Defendant: 462 Grider St Buffalo, NY, 14215

Name of Second Defendant: New York State Office of Mental Health

Official Position of Defendant (if relevant): 

Address of Defendant: 44 Holland Avenue Albany, New York 12229

Name of Third Defendant: Endeavor Health Services

Official Position of Defendant (if relevant): 

Address of Defendant: 1526 Walden Ave, Ste 400 Cheektowaga, NY 14225

## 4.  PREVIOUS LAWSUITS IN STATE AND FEDERAL COURT

A.  Have you begun any other lawsuits in **state or federal court** dealing with **the same facts involved in this action**?

Yes ☐    No ☑

If Yes, complete the next section.  NOTE: *If you have brought more than one lawsuit dealing with the same facts as this action, use this format to describe the other action(s) on another sheet of paper.*

1.  Name(s) of the parties to this other lawsuit:

Plaintiff(s):

## 3. PARTIES TO THIS ACTION

**PLAINTIFF'S INFORMATION  NOTE:** *To list additional plaintiffs, use this format on another sheet of paper.*

Name of First Plaintiff: Brant Harry

Present Address: 171 Tacoma Ave Buffalo NY 14216

Name of Second Plaintiff:

Present Address:

**DEFENDANT'S INFORMATION  NOTE:** *To list additional defendants, use this format on another sheet of paper.*

Name of First Defendant: Gokhale Vinayak

Official Position of Defendant (if relevant):

Address of Defendant: 8211 Golden Oak Crcl, Buffalo, NY 14221

Name of Second Defendant: Zim Harry

Official Position of Defendant (if relevant):

Address of Defendant: 424 W Barrett St Seattle WA 98119

Name of Third Defendant: Noah Dorson

Official Position of Defendant (if relevant):

Address of Defendant: 424 W Barrett St Seattle WA 98119

## 4. PREVIOUS LAWSUITS IN STATE AND FEDERAL COURT

**A.**   Have you begun any other lawsuits in **state or federal court** dealing with **the same facts involved in this action**?

Yes ☐   No ☑

If Yes, complete the next section.  NOTE: *If you have brought more than one lawsuit dealing with the same facts as this action, use this format to describe the other action(s) on another sheet of paper.*

1.   Name(s) of the parties to this other lawsuit:

Plaintiff(s):

### 3.  PARTIES TO THIS ACTION

**PLAINTIFF'S INFORMATION  NOTE:**  *To list additional plaintiffs, use this format on another sheet of paper.*

Name of First Plaintiff: Brant Harry

Present Address: 171 Tacoma Ave Buffalo NY 14216

Name of Second Plaintiff: United Health Care Services Inc.

Present Address: 9900 Bren Road East Minnetonka, MN 55343

**DEFENDANT'S INFORMATION  NOTE:**  *To list additional defendants, use this format on another sheet of paper.*

Name of First Defendant: John and Jane Doe 1-12 whos true names are unknown

Official Position of Defendant (if relevant):

Address of Defendant:

Name of Second Defendant:

Official Position of Defendant (if relevant):

Address of Defendant:

Name of Third Defendant:

Official Position of Defendant (if relevant):

Address of Defendant:

### 4.  PREVIOUS LAWSUITS IN STATE AND FEDERAL COURT

**A.**    Have you begun any other lawsuits in **state or federal court** dealing with **the same facts involved in this action**?
Yes☐    No☑

If Yes, complete the next section.  NOTE: *If you have brought more than one lawsuit dealing with the same facts as this action, use this format to describe the other action(s) on another sheet of paper.*

1.    Name(s) of the parties to this other lawsuit:

Plaintiff(s):

Defendant(s): _____

_____

2.    Court (if federal court, name the district; if state court, name the county): _____

_____

3.    Docket or Index Number: _____

4.    Name of Judge to whom case was assigned: _____

5.    The approximate date the action was filed: _____

6.    What was the disposition of the case?

Is it still pending?  Yes [   ]   No [   ]

If not, give the approximate date it was resolved. _____

Disposition (check those statements which apply):

[   ]   Dismissed (check the statement which indicates why it was dismissed):

[   ]   By court *sua sponte* as frivolous, malicious or for failing to state a claim upon which relief can be granted;

[   ]   By court for failure to prosecute, pay filing fee or otherwise respond to a court order;

[   ]   By court due to your voluntary withdrawal of claim;

[   ]   Judgment upon motion or after trial entered for

[   ]   plaintiff

[   ]   defendant.

## 5. STATEMENT OF CLAIM

**Please note** that it is not enough to just list the ground(s) for your action.  You **must** include a statement of the facts which you believe support each of your claims.  In other words, just tell the story of what happened and do not use legal jargon.

**Fed.R.Civ.P. 8(a)** states that a pleading must contain "a short and plain statement of the claim showing that the pleader is entitled to relief." "The function of pleadings under the Federal Rules is to give fair notice of the claim asserted.  Fair notice is that which will enable the adverse party to answer and prepare for trial, allow the application of res judicata, and identify the nature of the case so it may be assigned the proper form of trial." Simmons v. Abruzzo, 49 F.3d 83, 86 (2d Cir. 1995).

**Fed.R.Civ.P. 10(b)** states that "[a]ll averments of claim ... shall be made in numbered paragraphs, the contents of each of which shall be limited as far a practicable to a single set of circumstances."

**A.  FIRST CLAIM:** On (*date of the incident*) 8/19/21 _____,

defendant (*give the **name and (if relevant) the position held** of **each defendant** involved in this incident*) _____
Erie County Medical Center, New York State Office of Mental Health, Endeavor Health Services,Gokhale Vinayak - MD/PHD
_____

_____

3

did the following to me (*briefly state what each defendant named above did*): _____

ECMC, New York State Office of Mental Health and Endeavor Health Services has broken Mental Hygiene Law - MHY § 9.27, False Imprisonment NY Penal Law § 135.10, PEN § 240.60 Falsely reporting an incident in the first degree, § 120.05, Assault in the second degree by Medication given to me by staff even when I warned them of my condition along with misdiagnosis with Dr. Gokhale abuse of the prescription authorization he kept prescribing medication despite no evidence of mental illness from me Malpractice 22 U.S. Code § 2702 - Malpractice protection. First a cease and desist was sent to social services during the time of prior visits 7/13/21 this indicated that they where not supposed to contact me anymore. Furthermore, the Cease and Desist was violated as they just wanted to help Zim get in contact me when they stated this in their notes) ECMC, New York State Office of Mental Health and Endeavor Health Services violated Mental Hygiene Law - MHY § 9.27(b)(11)(i) involuntary admission on medical certification. Gokhale was convicted by a medical board prior and is currently back under investigation for malpractice and insurance fraud 12/30/2015 BMPC Order No. 15.312. It has been found beyond a reasonable doubt that the information for the court case is perjured and the hospital documentation that was the reasoning of the affidavit at ECMC under Mental Hygiene Law - MHY § 9.27 information was falsified by all individuals who placed an account or testimony (I have multiple videos, 311 complaints, a letter indicating from another doctor that I was not mentally ill, an evaluation done after the visit, witnesses with what they observed is that I was not a danger to the community since I did not have the mental issue on the "Certificate of Examining Physician" - I was not examined by any of the physicians therefore the threshold was not met to diagnosis me. Their procedure for Mental Hygiene Law - MHY § 9.27 is also within question because Mental Hygiene Law - MHY § 9.13 Standard: person has a mental illness for which care & treatment in a mental hospital is suitable; person is suitable. I then slipped and fell on 8/26/21 injuring his head, neck and back. I did receive an EKG but did not receive an X-Ray along with an MRI even after a doctor ordered it in the hospital and was prescribed a drug rispodol which was suspected to cause the issues being with his pre existing medical conditions and was then lowered only after he was release which did not correlate to the diagnosis showing their where further damages to the treating physicians and staffs malpractice 42 U.S. Code § 11131 - Requiring reports on medical malpractice payments 18 U.S. Code § 2255 - Civil remedy for personal injuries. Since, I had previous visits to ECMC and I did not have issues even with medical none errors it is within my knowledge that his intention is to defraud the hospital, the insurance provider and the state as well. This would need to be remedied by the Commercial Division 8th Judicial Division Judge - Timothy J Walker and have a Motion for Retrial/Mistrial and removing all filings that Vinayak Gokhale on the knowledge that it was done under fraudulent circumstances, this is proven on video and with a phone call to my doctor Christopher Radziwon PHD who has medical records to prove the hospital stay on Day was unwarranted and I have filed with the DFS(Department of Financial Services). Violation of MHL 9.27 Law due to the unauthorized use of medical notes and testimony.

The federal basis for this claim is: _____

18 U.S. Code § 2255 - Civil remedy for personal injuries,31 U.S. Code § 3729 - False claims, 38 U.S. Code § 7316 - Malpractice and negligence suits: defense by United States

State briefly **exactly** what you want the Court to do for you. *Make no legal arguments and cite no cases or statutes*:

ECMC, New York State Office of Mental Health, Endeavor Health Services, Gokhale Vinayak, Zim Harry, Noah Dorson & John and Jane Doe 1-12 whos true names are unknown will need a need to attest to the false claims, malpractice and personal injury as the documents proves them guilty, a demand letter and notes of daily activities in the hospital along with damages and wrongdoings due to malpractice. Along with information and testimony of a doctor Christopher Radziwon Phd at ECMC that knew I was fine, a motion to expunge 811730/2021 In addition the record be destroyed and a motion for summary judgement be placed for consideration immediately. Payment for the demand letter for the amount due $15,120,410.00 is requested.

**B. SECOND CLAIM:** On (*date of the incident*) 8/19/21 _____,

defendant (*give the name and (if relevant) position held of each defendant involved in this incident*) _____
Zim Harry, Noah Dorson and John and Jane Doe 1-12 whos true names are unknown

did the following to me (*briefly state what each defendant named above did*): _____

Motive for John and Jane Doe can come from numerous complaints, claims of mental illness of Mr. Harry from themselves for purely for malice in the past and police reports for them coming over to my property to disturb the quiet enjoyment of Mr. Harry as he does not communicate with them on a continual basis. John and Jane Doe 1-12 have broken the following law because of their testimony indicating that the "they never had a dog" and "Mr Harry is up all hours screaming" – this is from a police report on previous tenants  PEN § 240.60 Falsely reporting an incident in the first degree, § 120.05  on 8/19/21 and prior to Crisis Services. Motive for Zim Harry and Noah Dorson can be found as the previous correspondence he had with crisis services months prior with visitations to my house and the pending civil claim and request for return of property in small claims court 21CIV28120KCX which only a portion was return on 8/19/21 I also returned their property a suitcase which he then trespassed on my property to return to the garage/garbage can caught by my security system. 31 U.S. Code § 3729 - False claims, PEN § 240.60 Falsely reporting an incident in the first degree, § 120.05  on 8/19/21 and prior to Crisis Services along incorporating and under oath testifying with said statement during the case at the hospital making it perjury 18 U.S. Code § 1621 - Perjury generally.

The federal basis for this claim is: _____

31 U.S. Code § 3729 - False claims, 18 U.S. Code § 1621 - Perjury generally.

State briefly **exactly** what you want the Court to do for you. *Make no legal arguments and cite no cases or statutes*:

ECMC, New York State Office of Mental Health, Endeavor Health Services, Gokhale, Zim Harry, Noah Dorson & John and Jane Doe 1-12 whos true names are unknown will need a need to attest to the false claims, malpractice and personal injury as the documents proves them guilty, a demand letter and notes of daily activities in the hospital along with damages and wrongdoings due to malpractice. Along with information and testimony of a doctor Christopher Radziwon Phd at ECMC that knew I was fine, a motion to expunge 811730/2021 In addition the record be destroyed and a motion for summary judgement be placed for consideration immediately. Payment for the demand letter for the amount due $15,120,410.00 is requested.

**If you have additional claims, use the above format to set them out on additional sheets of paper.**

4

## 6. SUMMARY OF RELIEF SOUGHT

*Summarize the relief requested by you in each statement of claim above.*

Admission of guilt of all and prosecution of all defendants. Payment of the demand total of $15,120,410.00

Do you want a **jury trial**? Yes ✔  No

## I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___4/29 / 22___

(date)

**NOTE: *Each** plaintiff must sign this complaint and must also sign all subsequent papers filed with the Court.*

Signature(s) of Plaintiff(s)

5

JS 44 (Rev. 04/21)

# CIVIL COVER SHEET

22 cv 0321

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS

Brant Harry

## DEFENDANTS

Erie County Medical Center, New York State Office of Mental Health, Endeavor Health Services, Gokhale Vinayak, Zim Harry, Noah Dorson and John and Jane Doe 1-12 whos true names are unknown

**(b)** County of Residence of First Listed Plaintiff _____
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant _____
*(IN U.S. PLAINTIFF CASES ONLY)*

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

☐ 1 U.S. Government Plaintiff

☐ 3 Federal Question *(U.S. Government Not a Party)*

☐ 2 U.S. Government Defendant

☒ 4 Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☒ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☒ 4 |
| Citizen of Another State | ☐ 2 | ☒ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane ☐ 365 Personal Injury - | ☐ 690 Other | ☐ 423 Withdrawal | ☐ 376 Qui Tam (31 USC |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Product Liability | | 28 USC 157 | 3729(a)) |
| ☐ 140 Negotiable Instrument | Liability ☐ 367 Health Care/ | | **INTELLECTUAL** | ☐ 400 State Reapportionment |
| ☐ 150 Recovery of Overpayment | ☐ 320 Assault, Libel & Pharmaceutical | | **PROPERTY RIGHTS** | ☐ 410 Antitrust |
| & Enforcement of Judgment | Slander Personal Injury | | ☐ 820 Copyrights | ☐ 430 Banks and Banking |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' Product Liability | | ☐ 830 Patent | ☐ 450 Commerce |
| ☐ 152 Recovery of Defaulted | Liability ☐ 368 Asbestos Personal | | ☐ 835 Patent - Abbreviated | ☐ 460 Deportation |
| Student Loans | ☐ 340 Marine Injury Product | | New Drug Application | ☐ 470 Racketeer Influenced and |
| (Excludes Veterans) | ☐ 345 Marine Product Liability | | ☐ 840 Trademark | Corrupt Organizations |
| ☐ 153 Recovery of Overpayment | Liability **PERSONAL PROPERTY** | **LABOR** | ☐ 880 Defend Trade Secrets | ☐ 480 Consumer Credit |
| of Veteran's Benefits | ☐ 350 Motor Vehicle ☐ 370 Other Fraud | ☐ 710 Fair Labor Standards | Act of 2016 | (15 USC 1681 or 1692) |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle ☐ 371 Truth in Lending | Act | | ☐ 485 Telephone Consumer |
| ☐ 190 Other Contract | Product Liability ☐ 380 Other Personal | ☐ 720 Labor/Management | **SOCIAL SECURITY** | Protection Act |
| ☐ 195 Contract Product Liability | ☐ 360 Other Personal Property Damage | Relations | ☐ 861 HIA (1395ff) | ☐ 490 Cable/Sat TV |
| ☐ 196 Franchise | Injury ☐ 385 Property Damage | ☐ 740 Railway Labor Act | ☐ 862 Black Lung (923) | ☐ 850 Securities/Commodities/ |
| | ☒ 362 Personal Injury - Product Liability | ☐ 751 Family and Medical | ☐ 863 DIWC/DIWW (405(g)) | Exchange |
| | Medical Malpractice | Leave Act | ☐ 864 SSID Title XVI | ☐ 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** **PRISONER PETITIONS** | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 891 Agricultural Acts |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights **Habeas Corpus:** | ☐ 791 Employee Retirement | | ☐ 893 Environmental Matters |
| ☐ 220 Foreclosure | ☐ 441 Voting ☐ 463 Alien Detainee | Income Security Act | **FEDERAL TAX SUITS** | ☐ 895 Freedom of Information |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment ☐ 510 Motions to Vacate | | ☐ 870 Taxes (U.S. Plaintiff | Act |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Sentence | | or Defendant) | ☐ 896 Arbitration |
| ☐ 245 Tort Product Liability | Accommodations ☐ 530 General | | ☐ 871 IRS—Third Party | ☐ 899 Administrative Procedure |
| ☐ 290 All Other Real Property | ☐ 445 Amer. w/Disabilities - ☐ 535 Death Penalty | **IMMIGRATION** | 26 USC 7609 | Act/Review or Appeal of |
| | Employment **Other:** | ☐ 462 Naturalization Application | | Agency Decision |
| | ☐ 446 Amer. w/Disabilities - ☐ 540 Mandamus & Other | ☐ 465 Other Immigration | | ☐ 950 Constitutionality of |
| | Other ☐ 550 Civil Rights | Actions | | State Statutes |
| | ☐ 448 Education ☐ 555 Prison Condition | | | |
| | ☐ 560 Civil Detainee - | | | |
| | Conditions of | | | |
| | Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

☐ 1 Original Proceeding

☐ 2 Removed from State Court

☐ 3 Remanded from Appellate Court

☐ 4 Reinstated or Reopened

☐ 5 Transferred from Another District *(specify)*

☐ 6 Multidistrict Litigation - Transfer

☐ 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
28 U.S.C. § 133118 - Diversity, 38 U.S. Code § 7316 - Malpractice and negligence suits: defense by United States, 18 - U.S. Code § 2255 ,31 U.S. Code § 3729 - False claims, 18 US Code § 1621 - Perjury generally and18 U.S. Code § 1622 - Subornation of perjury

Brief description of cause:
Medical Malpractice, Personal Injury, False Claims, Perjury and Subornation of Perjury

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A **CLASS ACTION** UNDER RULE 23, F.R.Cv.P.

**DEMAND $**
$24,542,455

CHECK YES only if demanded in complaint:

**JURY DEMAND:** ☐ Yes ☐ No

## VIII. RELATED CASE(S) IF ANY

*(See instructions):*

JUDGE _____ DOCKET NUMBER _____

DATE 4/29/22

SIGNATURE OF ATTORNEY OF RECORD

**FOR OFFICE USE ONLY**

RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE *JLS* MAG. JUDGE _____